IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON GRANT JONES, | : | |
|    Petitioner | : | |
| | : | No. 1:19-cv-1519 |
| v. | : | |
| | : | (Judge Kane) |
| HOWARD L. HUFFORD, | : | |
|    Respondent | : | |

**ORDER**

AND NOW, on this 24th day of September 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania